

## Court Of Appeals
## Fourth Court of Appeals District of Texas
## San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00798-CV

**IN RE** Jerauld **MORELL** as Executor of the Estate of Merium Vessels Morell
and **VESMORE, LTD.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Rebecca Simmons, Justice

Delivered and Filed:   November 5, 2008

PETITION FOR WRIT OF MANDAMUS DENIED

On October 28, 2008, relators filed a petition for a writ of mandamus. The court has considered relators' petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. DC-07-300, styled *Jerauld Morell as Executor of the Estate of Merium Vessels Morell and Vesmore, Ltd. v. Estate of Billye L. Hix et al*, in the 229th Judicial District Court, Starr County, Texas, the Honorable Alex W. Gabert presiding.